IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES DAVID HARRIS** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 1:24-CV-161 |
| | ) |
| **PAROLE BOARD OF** | ) |
| **PENNSYLVANIA, et al,** | ) |
| | ) |
| Respondents. | ) |

**MEMORANDUM ORDER**

This petition for writ of habeas corpus was received by the Clerk of Court on June 7, 2024. The matter was assigned and referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On October 28, 2025, Judge Lanzillo issued a Report and Recommendation recommending that the petition for writ of habeas corpus be dismissed with prejudice based on mootness. ECF No. 7. A copy of the Report and Recommendation was mailed to Petitioner at his address of record. Despite being afforded the time and opportunity to file objections to the Report and Recommendation, as of todays' date, none have filed.

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2). After *de novo* review of the petition and other documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 2nd day of December 2025;

IT IS ORDERED that the petition for writ of habeas corpus is dismissed with prejudice. No certificate of appealability shall issue. The Clerk is directed to close this case.

AND IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on October 28, 2025 [ECF No. 7] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge